**SCRUGGS, CARMICHAEL & WERSHOW, P.A.**
ATTORNEYS AT LAW
4923 N.W. 43rd Street
Gainesville, Florida 32606
Telephone (352) 376-5242
Fax (352) 375-0690
www.scwlegal.org

Harvey E. Baxter
Jeffery R. Dollinger†
Stephanie L. Emrick †
William Richard Ezzell
Maury W. Ivey*
Raymond M. Ivey

†Florida Bar Board Certified - Real Estate
+Certified Family Law Mediator
*LL.M. (Taxation)

Kelley D. Jones
Kevin D. Jurecko
Lauren A. McCord
Kirstin Jurecko Megraw
Taylor K. Rose
Jonathan F. Wershow

Retired
Mitzi Cockrell Austin
Philip A. DeLaney
John F. Roscow, III
Pamela A. Schneider+
John G. Stinson

June 9, 2026

**Via Certified Mail and**
**Regular U.S. Mail**
Newberry Christian Community School, Inc.
c/o James Schrader, President
13226 SW 1st Place
Newberry, Florida 32669

James R. Schrader and Rachel E. Schrader
13226 SW 1st Place
Newberry, Florida 32669

Re: Civil Theft Demand letter pursuant to F.S. §772.11 and 812.014

Dear Mr. and Mrs. Schrader:

This firm has the pleasure of representing The Frazer School, Inc. (hereinafter "The Frazer School") in its claims against both Newberry Christian Community School, Inc., (hereinafter "NCCS"), and James and Rachel Schrader (hereinafter "Schraders"), individually for civil theft, imposition of a constructive trust, specific performance, injunction, fraud, conversion and breach of contract.

Money was lent to The Frazer School by Edge Content, Kurt and Brittany Dudas and multiple private lenders during Schrader's tenure as principal. The total amount of those loans is $5,045,000.00. This money was lent to maintain The Frazer School, not for the personal use of the Schraders or NCCS. We have evidence the money collected for the Frazer School, to be utilized to pay legitimate expenses and liabilities of the School, was misappropriated and deposited in Schrader and NCCS accounts.

The Schraders and NCCS's action of taking the Frazer School's money for their own personal use is in violation of Florida Statutes §§772.11 and 812.014, and if found liable in a

court of law, they will be required to pay treble damages, attorney's fees and court costs to the Frazer School for expenses incurred in this matter. This letter is to serve as a Notice of Intent to Claim Damages for Civil Theft in the amount of **$5,119,262.85 x 3 = $15,357,788.55** which is three times the amount of money you appropriated from the Frazer School, plus attorney's fees and costs.

YOU ARE HEREBY NOTIFIED that you have taken for your own use and benefit and deprived the Frazer School of its right to and use of all the amounts described above. Pursuant to §772.11, Florida Statutes, the Frazer School may make a claim against you for **$15,357,788.55**, plus attorney's fees and costs, which represents triple the amount of damages sustained by the Frazer School due to this taking and deprivation. This is a demand that you pay the sum of **$5,119,262.85** within thirty (30) days after receipt of this notice, or the Frazer School will have no alternative but to seek treble damages in a court of law.

GOVERN YOURSELVES ACCORDINGLY.

Sincerely,

Kirstin J. Megraw,

KJM:jp
Enclosures: AS
cc: Client
Shumaker, attn. Steven Berman, Esq., sberman@shumaker.com
Ethan Feldman, ethanfieldman@gmail.com
Roark Law Firm, P.A., Attn: Adam D. Roark, 1617 NW 16th Avenue, Gainesville, FL 32605, adam@adamroarklaw.com
Withers Harvey, P.A., Attn: Richard I. Withers; 1120 NW 8th Avenue, Gainesville, FL 32601, richard@withersharvey.com
Dilbert Law Group, P.A., Attn: Eric Dilbert; eric@dilbertlaw.com
Colle, Scott, & Kissane, Attn: Laura Puente; laura.puente@csklegal.com