2/18/2025 2:43:18 PM Instrument #2025029820 #1 Book:8668 Page:2587 Laura E. Roth, Volusia County Clerk of Court
Doc Stamps $4,375.00 Transfer Amt $625,000.00

Prepared by and return to:
Kristin Straley
Adams Cameron Title Services, Inc.
444 Seabreeze Blvd Suite 170
Daytona Beach, FL 32118
386.258.3425
Parcel ID Number: **423605060211**

# General Warranty Deed

Made this February 12, 2025 by **Thuy Nguyen, a single woman,** whose address is: 3804 Kauai Dr, San Jose, CA 95111; hereinafter called the grantor, to **James Schrader and Rachel Schrader, husband and wife**, whose address is: 13226 SW 1st Pl, Newberry, FL 32669, hereinafter called the grantee:

(Whenever used herein the term "grantor" and "grantee" include all the parties to this instrument and the heirs, legal representatives and assigns of individuals, and the successors and assigns of corporations)

**Witnesseth,** that the grantor, for and in consideration of the sum of Ten Dollars, ($10.00) and other valuable considerations, receipt whereof is hereby acknowledged, hereby grants, bargains, sells, aliens, remises, releases, conveys and confirms unto the grantee, all that certain land situate in VOLUSIA County, Florida, viz:

That certain property in MAP OF SEABREEZE PARK lying West of Halifax Avenue between the North and the South lines of the South 47.5 feet of Lot 21, Block 6, produced to the Halifax River. Said property refers to MAP OF SEABREEZE PARK SUBDIVISION, as per map recorded in Map Book 6, Page 2-A, Public Records of Volusia County, Florida.

**Together** with all the tenements, hereditaments and appurtenances thereto belonging or in anywise appertaining.

**To Have and to Hold,** the same in fee simple forever.

**And** the grantor hereby covenants with said grantee that the grantor is lawfully seized of said land in fee simple; that the grantor has good right and lawful authority to sell and convey said land; that the grantor hereby fully warrants the title to said land and will defend the same against the lawful claims of all persons whomsoever; and that said land is free of all encumbrances except taxes accruing subsequent to December 31, 2024.

**In Witness Whereof,** the said grantor has signed and sealed these presents the day and year first above written.

*Signed, sealed and delivered in our presence as to all parties:*

Witness Signature
Witness Printed Name WILLIAM LEE PITYA
Address: 1598 KARL STREET
SAN JOSE, CA 95122

(Seal)
**Thuy Nguyen**
Address: 3804 Kauai Dr, San Jose, CA 95111

Witness Signature
Witness Printed Name JOHN DORILAG
Address: 1598 KARL ST., SAN JOSE, CA 95122

State of CA
County of SANTA CLARA
The foregoing instrument was acknowledged before me, by means of (X) Physical Presence or ( ) Online Notarization, this February 12, 2025, by Thuy Nguyen, a single woman **who ( ) was/were personally known to me, or (X) presented the following identification:**
CA DRIVER LICENSE.

**Signature of Notary**
**My Commission Expires:** JAN. 25, 2029

File Number 29700

JOHN DORILAG
Notary Public - California
Santa Clara County
Commission # 2508186
My Comm. Expires Jan 25, 2029